```
                  UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION
```

CSHM, LLC                            )
                                     )
        Plaintiff                    )
                                     )     No. 3:14-1557
v.                                   )     Judge Campbell/Brown
                                     )
SMALL SMILES OF RENO, LLC,           )
JAMES L. MANN,                       )
                                     )
        Defendants                   )

### O R D E R

At the request of counsel a telephone conference with Magistrate Judge Joe Brown is set for **Monday, August 4, 2014, at 3:00 p.m.** to discuss the emergency motion to set hearing (Docket Entry 5).

Counsel will submit a brief summary of their concerns to the undersigned at [brownchambers@tnmd.uscourts.gov](mailto:brownchambers@tnmd.uscourts.gov) by **Thursday, July 31, 2014.**

**To participate in the conference call, parties will call 615-695-2851 at the scheduled time.**

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge